IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SERGIO RODRIGUEZ and** | § | |
| **ANA QUIROZ, Individually and as** | § | |
| **Next Friends for E.R., a Minor,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| **NORTHWEST PIPE COMPANY,** | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Northern District of Texas:

**I.**

Northwest Pipe Company is the defendant in a civil action brought on March 27, 2017, in the 236th District Court of the State of Texas, County of Tarrant, entitled "Sergio Rodriguez and Ana Quiroz, Individually and as Next Friends for E.R., a Minor, vs. Northwest Pipe Company," Cause No. 236-291204-17. A copy of the citation on Northwest Pipe Company and the petition in this action are attached as Exhibits 1 and 2, respectively, and constitute all process, pleading, and orders served on Defendant in the action.

**II.**

The citation and petition in this action were served on Defendant Northwest Pipe Company on April 13, 2017. This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

**III.**

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that every defendant is now and was at the time the

action was commenced diverse in citizenship from every plaintiff. No defendant is or was at the time the suit was commenced a citizen of the State of Texas.

Plaintiffs Sergio Rodriguez, Ana Quiroz, and their minor child E.R. are Texas residents residing in Dallas, Texas, and were such at the time this action was commenced.

Defendant Northwest Pipe Company is an Oregon corporation with its principal place of business in Vancouver, Washington. See Affidavit of Robin Gantt, attached hereto as Exhibit 3.

**IV.**

The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000. As stated in the Plaintiffs' Original Petition, attached to this notice, Plaintiffs seek monetary relief of over $1,000,000.00.

**V.**

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiffs and defendant are diverse in citizenship.

WHEREFORE, Northwest Pipe Company, Defendant, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action for trial from the 236th District Court of the State of Texas, County of Tarrant, to this Court, on this 3rd day of May, 2017.

    Respectfully submitted,

    PETERSON FARRIS BYRD & PARKER
    A Professional Corporation
    P. O. Box 9620
    Amarillo, TX 79105-9620
    (806) 374-5317; FAX: 372-2107

    By      /s/ Thomas D. Farris
        Thomas D. Farris, SB# 06844700
        tfarris@pf-lawfirm.com
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record, who have consented in writing to accept this notice as service of this document by electronic means.

    Mr. Todd Clement
    *clement@clementfirm.com*
    Ms. Ragan Speer
    *ragan@clementfirm.com*
    The Clement Firm
    17855 Dallas Parkway, Suite 155
    Dallas, TX 75287
    ***Attorneys for Plaintiff***

                                                  /s/ Thomas D. Farris
                                                  Thomas D. Farris

Received 4-12-17 @ 12:04pm    Delivered 4-13-17 @ 1:10pm

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

**SERVICE COPY**

*CITATION*    *Cause No. 236-291204-17*

SERGIO RODRIGUEZ, ET AL
VS.
NORTHWEST PIPE COMPANY

**TO: NORTHWEST PIPE COMPANY**

B/S CSC-LAWYERS INCORPORATING SERVICE CO REG AGT 211 E 7TH ST STE 620 AUSTIN TX 78701-3218

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 236th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

SERGIO RODRIGUEZ, ANA QUIRO

Filed in said Court on March 27th, 2017 Against
NORTHWEST PIPE COMPANY

For suit, said suit being numbered 236-291204-17 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION a copy of which accompanies this citation.

**TODD CLEMENT**
Attorney for SERGIO RODRIGUEZ Phone No. (972)250-9250
Address    17855 DALLAS PKWY STE 155 DALLAS, TX 75287

Thomas A. Wilder , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 28th day of March, 2017.

By *Anthony Ferrara*
ANTHONY FERRARA

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *23629120417000005*

Received this Citation on the ____ day of _____, ____ at ____ o'clock __M; and executed at _____ within the county of _____, State of _____ at ____ o'clock __M on the ____ day of _____, ____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this ____ day of _____, ____ to certify which witness my hand and seal of office
(Seal)
_____
County of _____, State of _____

**EXHIBIT 1**

X1??S

FILED
TARRANT COUNTY
3/27/2017 2:09:16 PM
THOMAS A. WILDER
DISTRICT CLERK

NO. 236-291204-17

| | | |
|---|---|---|
| SERGIO RODRIGUEZ and | § | IN THE DISTRICT COURT |
| ANA QUIROZ, Individually, and as | § | |
| Next Friends for E.R., A Minor, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| NORTHWEST PIPE COMPANY, | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SERGIO RODRIGUEZ and ANA QUIROZ, Individually as Next Friends for E.R., a Minor, and complaining of NORTHWEST PIPE COMPANY, Defendant, and for cause of action would respectfully show unto the Court and jury the following:

1. **RULE 190 DISCOVERY PLAN**

    1.1 Damages in this case exceed $50,000 and it is complex. Accordingly, this case is intended to be conducted under Level 3 of Rule 190.

2. **RULE 47 PLEADING**

    2.1 As required by Rule 47, Texas Rules of Civil Procedure, the damages sought are within the jurisdictional limits of the Court and Plaintiffs seek monetary relief over $1,000,000 plus a judgment for all other relief to which Plaintiffs are entitled. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury.

*PLAINTIFFS' ORIGINAL PETITION -- Page 1*



## 3. PARTIES/SERVICE OF PROCESS

3.1 Plaintiff SERGIO RODRIGUEZ and ANA QUIRO's current address is 9914 Hustead, Dallas, Texas 75217. SERGIO RODRIGUEZ and ANA QUIROZ do not have a Texas driver's license and does not have a social security number.

3.2 Plaintiff E.R. is the 5-year-old minor child of SERGIO RODRIGUEZ and ANA QUIROZ.

3.3 Defendant NORTHWEST PIPE COMPANY (hereinafter referred to as "NORTHWEST PIPE") is a foreign corporation, organized and existing under the laws of the State of Oregon. At all times relevant herein, NORTHWEST PIPE was authorized to do and was actually doing business in the State of Texas, with its principal office in this state being NORTHWEST PIPE COMPANY, Saginaw Plant, 351 Longhorn Road, Saginaw, Tarrant County, Texas 76179. NORTHWEST PIPE may be served through its registered agent, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

## 4. VENUE

4.1 Jurisdiction is proper because NORTHWEST PIPE availed themselves of the benefit of conducting business in the State of Texas and should reasonably expect to defend itself in the courts of this state.

4.2 Venue over this matter is proper pursuant to Section 15.001(a) and Section 15.002(3) of the Texas Civil Practice and Remedies Code in that NORTHWEST PIPE's principal office is in this State in Tarrant County, Texas.

5. **FACTS**

    5.1    On or about June 3, 2015, SERGIO RODRIGUEZ was working for A.R. Daniel Construction Services, Inc. (hereinafter referred to as "A.R. Daniel") on a water pipe project in Amarillo, Texas. NORTHWEST PIPE furnished Permalok pipe for the project. An employee and/or agent of NORTHWEST PIPE instructed A.R. Daniel to connect pieces of Permalok pipe by lifting the back end of the pipe by use of a crane and connective device attached to the cross brace welded by NORTHWEST PIPE inside the Permalok pipe. While performing such activity on June 3, 2015, the cross brace from the Permalok pipe came loose and struck SERGIO RODRIGUEZ causing catastrophic injuries and Plaintiffs' resulting damages (hereinafter "the Incident").

6. **CAUSES OF ACTION**

    6.1    Defendant NORTHWEST PIPE, by and through the acts of its employees and/or agents in the course and scope of their employment, instructed A.R. Daniel to lift the Permalok pipe by the cross brace, inadequately welded the cross brace in the Permalok pipe involved in the Incident, failed to warn that the cross brace should not be used for lifting, failed to construct the Permalok pipe with a designed means for required lifting and failed to exercise ordinary care under the circumstances, all of which constitutes negligence which proximately caused the Incident, SERGIO RODRIGUEZ'S severe injuries and Plaintiffs' resulting damages.

6.2 The Permalok pipe designed, manufactured and/or sold by NORTHWEST PIPE which was involved in the Incident had a design defect as set forth in 6.1 above which rendered it unreasonably dangerous as designed, taking into consideration the utility of the product and the risk involved in its use which was a producing cause of the Incident, SERGIO RODRIGUEZ'S severe injuries and Plaintiffs' resulting damages.

7. **DAMAGES**

7.1 As a result of the Incident and Defendant's negligence, SERGIO RODRIGUEZ suffered damages in the form of past and future:

   A. Medical expenses;
   B. Pain and mental anguish;
   C. Lost earnings and earning capacity;
   D. Physical impairment and
   E. Disfigurement.

7.2 As a result of the Incident, Defendant's negligence and the injuries to her common-law husband, SERGIO RODRIGUEZ, ANA QUIROZ suffered damages in the form of past and future:

   A. Loss of consortium and
   B. Loss of household services.

7.3 As a result of the serious, permanent and disabling injuries to E.R.'s father SERGIO RODRIGUEZ, E.R.'s next friend, SERGIO RODRIGUEZ and ANA QUIROZ, seek recovery for E.R.'s past and future loss of parental consortium.

8. **PREJUDGMENT AND POSTJUDGMENT INTEREST**

   8.1 Plaintiffs hereby pray for prejudgment and postjudgment interest in the maximum amount allowed by law on the damages awarded by the jury.

9. **JURISDICTION AND MAXIMUM DAMAGES PLED**

   9.1 Plaintiffs' damages exceed the minimum jurisdictional limits of the Court.

10. **JURY DEMAND**

    10.1 Plaintiffs respectfully request that a jury be convened to try the factual issues of this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs SERGIO RODRIGUEZ and ANA QUIROZ, Individually and as Next Friends for E.R., a minor, pray that Defendant NORTHWEST PIPE COMPANY be cited to appear and answer herein, and that upon final hearing hereof, Plaintiffs receive judgment of and from the Defendant, in the amounts as determined by the Court and Jury, for prejudgment and post-judgment interest at the legal rate, costs of court and for such other and further relief, at law and in equity, to which Plaintiffs may show themselves justly entitled and for which they will ever pray.

Respectfully submitted,

THE CLEMENT FIRM
17855 Dallas Parkway, Suite 155
Dallas, Texas 75287
TEL: 214/250-9250
FAX: 214/535-6358
Email: clement@clementfirm.com

By: /s/ Todd Clement
    Todd Clement
    State Bar No. 04361525
    Ragan Speer
    State Bar No. 24072361

ATTORNEYS FOR PLAINTIFFS

No. 236-291204-17

| | | |
|---|---|---|
| SERGIO RODRIGUEZ and ANA QUIROZ, Individually and as Next Friends for E.R., a Minor, Plaintiffs, | § § § § § | IN THE DISTRICT COURT |
| v. | § § § | TARRANT COUNTY, TEXAS |
| NORTHWEST PIPE COMPANY, Defendant. | § § § | 236TH JUDICIAL DISTRICT |

## AFFIDAVIT OF ROBIN GANTT

Before me, the undersigned notary public, on this day personally appeared Robin Gantt, a person personally known to me, who first being duly sworn, stated and deposed as follows:

My name is Robin Gantt. I am over 21 years of age, have never been convicted of a felony or other crime involving moral turpitude, and am in all respects competent to testify and make this affidavit. All of the statements made by me in this affidavit are based upon my personal knowledge and are true and correct.

"I am the Chief Financial Officer (CFO) of Northwest Pipe Company, the Defendant in the above-styled lawsuit.

"Northwest Pipe Company is in the business of manufacturing high-pressure steel pipe for water transmission, and electric resistance welded steel pipe for construction, agricultural, and industrial applications. Northwest Pipe Company has seven plants in North America.

"Northwest Pipe Company is incorporated in the State of Oregon. Northwest Pipe Company's principal place of business is in Vancouver, Washington, where its corporate headquarters are located. The corporate headquarters in Vancouver, Washington, is the place where Northwest Pipe Company's officers direct and coordinate the corporation's activities.

Affidavit of Robin Gantt  Page 1

EXHIBIT 3

"The instant lawsuit involves a Northwest Pipe Company product known as Permalok, which is a proprietary steel casing pipe joining system. The two plants where Permalok is manufactured are in Salt Lake City, Utah, and in St. Louis, Missouri. Permalok is not manufactured in Northwest Pipe Company's plant in Saginaw, Texas.

"FURTHER the affiant sayeth not."

_____
Robin Gantt

SWORN TO AND SUBSCRIBED BEFORE ME by Robin Gantt on this 27 day of April, 2017, to certify which witness my hand and seal of office.

_____
Notary Public, State of Washington

> NOTARY PUBLIC
> STATE OF WASHINGTON
> CHRISTINE A NUSOM
> MY COMMISSION EXPIRES
> MARCH 25, 2020

JS 44 (Rev. 08/16) - TXND (Rev. 12/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sergio Rodriguez and Ana Quiroz, Ind. and as N.F. for E.R., a Minor

### DEFENDANTS
Northwest Pipe Company

**(b)** County of Residence of First Listed Plaintiff: **Dallas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Todd Clement, The Clement Firm, 17855 Dallas Pkwy., Ste. 155, Dallas, TX 75287; 214-250-9250; FAX: 214-535-6358

Attorneys *(If Known)*
Thomas D. Farris, Peterson Farris Byrd & Parker, P. O. Box 9620, Amarillo, TX 79105-9620; 806-374-5317; FAX: 806-372-2107

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
negligence; product design defect

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 05/03/2017
SIGNATURE OF ATTORNEY OF RECORD: /s/ Thomas D. Farris

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# Supplemental Civil Cover Sheet for Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 236th District Court, Tarrant County, Texas | 236-291204-17 |

2. **Style of the case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Plaintiffs:  Sergio Rodriguez and Ana Quiroz, Individually and as Next Friends for E.R., a Minor | Mr. Todd Clement, SB# 04361525<br>*clement@clementfirm.com*<br>Ms. Ragan Speer, SB# 24072361<br>*ragan@clementfirm.com*<br>The Clement Firm<br>17855 Dallas Parkway, Suite 155<br>Dallas, TX 75287<br>214-250-9250; FAX:  214-535-6358 |
    | | |
    | Northwest Pipe Company, Defendant | Mr. Thomas D. Farris, SB# 06844700<br>*tfarris@pf-lawfirm.com*<br>Peterson Farris Byrd & Parker<br>P. O. Box 9620<br>Amarillo, TX  79105-9620<br>806-374-5317; FAX:  806-372-2107 |

3. **Jury Demand:**

    Was a jury demand made in State Court:  **Yes**

    If "Yes," by which party and on what date:

| Plaintiffs | 3-27-2017 |
|---|---|
| Party | Date |

**4.     Answer:**

Was an Answer made in State Court?  **No.**

If "Yes," by which party and on what date?

| | |
|---|---|
| Party | Date |

**5.     Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| N/A | |
| | |
| | |
| | |

**6.     Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| N/A | |

**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiffs | Negligence; product design defect |
| Defendant | |